**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shantell Mckinnies,<br><br>　　　　　　　　　**Plaintiff,**<br><br>　　-against-<br><br>City of New York et al,<br><br>　　　　　　　　　**Defendants.** | **1:25-cv-07968 (JHR) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's motion for leave to effectuate second service (ECF No. 52) and motion for an extension of time and alternative service (ECF No. 53) (collectively, "Service-Related Motions"). In light of Plaintiff filing the Service-Related Motions prior to the telephone conference held on December 29, 2025,[1] which addressed many of the issues raised in the motions, and the Court's Order addressing same (*see* 12/29/25 Order, ECF No. 49), it is hereby ORDERED that the Service-Related Motions are DENIED without prejudice. It is further ORDERED that the deadline for Plaintiff to effectuate service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, is adjourned until April 6, 2026.

**SO ORDERED.**

Dated:　　　New York, New York
　　　　　　January 5, 2026

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　STEWART D. AARON
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Service-Related Motions both include an ECF filing stamp dated December 27, 2025. (*See* Service-Related Motions.)