**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shantell Mckinnies,<br><br>             **Plaintiff,**<br><br>     **-against-**<br><br>City of New York et al,<br><br>             **Defendants.** | **1:25-cv-07968 (JHR) (SDA)**<br><br>**<u>ORDER</u>** |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Defendants' letter motion for an extension of time (ECF No. 61) and Plaintiff's letter motion opposing a further extension of time (ECF No. 62). The Court has considered both motions, and finds that Defendants have shown good cause, and Plaintiff has made no showing of prejudice. Accordingly, Defendants' letter motion for an extension of time is GRANTED. The deadline for all Defendants to respond to the complaint is extended to Thursday, March 5, 2026. It is further ORDERED that Plaintiff's letter motion in opposition is DENIED.

**SO ORDERED.**

Dated:     New York, New York
             February 25, 2026

_____
STEWART D. AARON
United States Magistrate Judge