# Exhibit One

THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER ● DEPARTMENT OF FINANCE
IS AUTHORIZED TO PAY OUT OF THE CITY TREASURY THE AMOUNT SHOWN HEREON
PER VOUCHER ON FILE AT THE AGENCY SHOWN ON THE PAYMENT WARRANT STUB.

0157430282   50-997 215

The Chase Manhattan Bank
Syracuse, N.Y.

| DOCUMENT ID # | CHECK CATEGORY | PAYMENT AMOUNT | AD   00157430282 |
|---|---|---|---|
| AD  00157430282 | TT | *****75,000.00 | DATE:  MAR 6, 2009 |

NOT VALID UNLESS PRESENTED WITHIN 130 DAYS
AND PAYEE INFORMATION PRINTED WITHIN BOX BELOW

PAY $   *****75,000.00
DOLLARS                CENTS

To The
Order Of:

O'KEKE & ASSOCIATES PC *******
& SHANTELL MCKINNIES *********
255 LIVINGSTON STREET
4TH FLOOR
BROOKLYN            NY 11217
******************************
******************************

William C. Thoph
FOR COMPTROLLER

Martha E. Stark
FOR COMMISSIONER OF FINANCE

On Behalf Of:

******************************
******************************

⑈0157430282⑈ ⑆021309379⑆ 601⑈2⑈11246⑈

THE CITY OF NEW YORK
**PAYMENT WARRANT**
ITEMIZED PAYMENT STATEMENT          0157430282

**ENROLL IN EFT " https://www.nyc.gov/html/dof/html/contact/contact_app_emailach.shtml"**
VENDOR CODE:
        0002730480 1
CUSTOMER NUMBER:

CLEAN UP NM

| AGENCY NAME | TELEPHONE # | VENDOR INV # | AGREEMNT/VOUCHER # | INVOICE AMOUNT |
|---|---|---|---|---|
| COMPTROLLER | 212-669-4758 | 08PI010574AA | PV 015 00008X73412 | 75,000.00 |

MAR 6, 2009          CHECK CATEGORY:   TT   TOTAL $ AMOUNT:        75,000.00

* AMOUNT INCLUDES FREIGHT AND/OR IS NET OF DISCOUNT

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

CERTIFICATE OF DISPOSITION
NUMBER:  434594

THE PEOPLE OF THE STATE OF NEW  YORK
                    VS

MCKINNIES,SHANTELL
Defendant

___02/29/1980___
Date of Birth

135 ELMIRA LOOP
Address

___1030490M___
NYSID Number

BROOKLYN              NY  11239
City            State  Zip

___01/15/2008___
Date of Arrest/Issue

Docket Number: 2008QN001693

Summons No:

PL 155.35 00 DF,PL 175.10 00 EF,PL 105.05 01 AM,PL 176.10 00 AM,
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 08/20/2008 | DISMISSED AND SEALED | BRANDT,D C | AP6 |

**SEALED**

**NO FEE CERTIFICATION**

_ **GOVERNMENT AGENCY**      _ **COUNSEL ASSIGNED**  pursuant to Section 160.50 of the CPL

_ **NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED**

**SOURCE** _ **ACCUSATORY INSTRUMENT** _ **DOCKET BOOK/CRIMS** _ **CRC3030[CRS963]**

       I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

SERSHEN,O
COURT OFFICIAL SIGNATURE AND SEAL

___09/20/2022___
DATE        FEE: NONE

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20,
PL 221.35 or PL 221.40 - including any appearing on this certificate of
disposition - are vacated, dismissed, sealed, and expunged.  It is an
unlawful discriminatory practice for any entity to make any inquiry about
such an expunged conviction or to use such an expunged conviction adversely
against an individual in any form of application or otherwise - unless
specifically required or permitted to do so by statute.

Pursuant to section 70.15 of the Penal Law, any misdemeanor sentence with
a jail term of "1 year", "12 months", or "365 days" is, by operation of
law, deemed to be a sentence of 364 days. Any Certificate of Disposition
indicating a jail sentence of "1 year", "12 months", "52 weeks", or
"365 days" for a misdmeanor conviction shall be interpreted as a sentence
364 days.

(F2)4

**Exhibit two**



**POLICE DEPARTMENT**
**Office of Deputy Commissioner,**
**Legal Matters**
**One Police Plaza, Room 1406A**
**New York, New York 10038**
**FOILAppeals@NYPD.org**

December 12, 2024

Shantell Mckinnies
mcksha45@gmail.com

RE:    **FREEDOM OF INFORMATION LAW**
       **REQUEST: FOIL-2024-056-33137**

Dear Ms. Mckinnies:

This is in response to your email dated November 29, 2024, regarding records requested pursuant to the Freedom of Information Law (FOIL). Your appeal is premature because, as of the date of your appeal, the Records Access Officer (RAO) had not yet issued a determination on your request, and, therefore, your appeal lacked the predicate denial of access.

The authority of the undersigned is limited to the review of determinations made by the Records Access Officer concerning the disclosure of records requested pursuant to the Freedom of Information Law. In your appeal letter, you acknowledge receipt of the Records Access Officer's response to your original request in which he issued an estimate of 90 business days for completion of your request. Because the RAO has yet to make a final determination, the undersigned is unable to issue a substantive appeal determination.

The RAO complied with the provisions of New York Public Officers Law Section 89(3), which requires that, "[e]ach entity subject to the provisions of this article, within five business days of the receipt of a written request for a record reasonably described, shall . . . furnish a written acknowledgement of the receipt of such request and a statement of the approximate date, which shall be reasonable under the circumstances of the request, when such request will be granted or denied".

On November 20, 2024, the RAO acknowledged receipt of your request in a timely manner, provided you with an approximate date when a determination would be made (approximately 90 business days or "**on or about April 4, 2025**"), and commenced a search for the records you requested. This estimate was made by taking into account the volume of documents requested, the time involved in locating the material, and the complexity of the issues involved in determining whether the materials fall within one of the exceptions to disclosure. Accordingly, it is estimated

COURTESY • PROFESSIONALISM • RESPECT

that the RAO will issue a determination on or before the date provided in the acknowledgment letter.

Respectfully,

Katherine T. Obanhein, Esq.
Records Access Appeals Officer

c:  Committee on Open Government

COURTESY • PROFESSIONALISM • RESPECT

 **Gmail**

No Name <non292078@gmail.com>

## Re: [OpenRecords] Request FOIL-2023-056-09147 Closed

**Shawny Mckinnies** <shawny.mckinnies@icloud.com>                    Sat, May 13, 2023 at 12:41 AM
To: non292078@gmail.com

Sent from my iPhone

On Apr 25, 2023, at 12:22 PM, donotreply@records.nyc.gov wrote:

The New York City Police Department (NYPD) has **denied** your FOIL request FOIL-2023-056-09147 for the following reasons:

- In regard to the document(s) which you requested, I must deny access to these records on the basis of Public Officers Law Section 87(2)(b) as such information, if disclosed, would constitute an unwarranted invasion of personal privacy.

Please visit FOIL-2023-056-09147 to view additional information and take any necessary action. You may appeal the decision to deny access to material that was redacted in part or withheld in entirety by contacting the agency's FOIL Appeals Officer: foilappeals@nypd.org within 30 days.

*Previous Denials*

*# 2022 - 056 - 07267*

*# 2022 - 056 - 07268*

*Submitted 4/21/23*

(D9) 1

 **Gmail**                                    No Name <non292078@gmail.com>

## Fwd: [OpenRecords] Request FOIL-2023-056-09145 Closed
1 message

**Shawny Mckinnies** <shawny.mckinnies@icloud.com>                    Sat, May 13, 2023 at 12:42 AM
To: non292078@gmail.com


Sent from my iPhone

Begin forwarded message:

> **From:** donotreply@records.nyc.gov
> **Date:** April 25, 2023 at 8:17:39 AM EDT
> **To:** shawny.mckinnies@icloud.com
> **Subject: [OpenRecords] Request FOIL-2023-056-09145 Closed**
> **Reply-To:** DOCPROD110C@nypd.org



The New York City Police Department (NYPD) has **denied** your FOIL request FOIL-2023-056-09145 for the following reasons:

- The Freedom of Information Law allows access to existing documents and does not necessitate the creation of a document. I am unable to provide access to these documents on the basis that your request does not reasonably describe a record in a manner that would enable a search to be conducted by the New York City Police Department.

*exist already.*

Please visit FOIL-2023-056-09145 to view additional information and take any necessary action. You may appeal the decision to deny access to material that was redacted in part or withheld in entirety by contacting the agency's FOIL Appeals Officer: foilappeals@nypd.org within 30 days.

*4/20/23*



(/)

Your message has been sent.                                    ✕

# FOIL-2022-056-07268 ❷

Title:
NYPD Employment Records/ CPI

## Open

### New York City Police Department (NYPD)

**Due Date:**
09/07/2022

Contact the Agency

## Responses ❷

1
**ACKNOWLEDGMENT**
Tuesday, 04/26/2022 at 5:05 PM

# Exhibit three

# KREZ & FLORES, LLP

COUNSELLORS AT LAW
225 BROADWAY, SUITE 2800
NEW YORK, NY 10007-3001
Phone (212) 266-0400
Fax (212) 724-0011
E-mail: Mail@KrezFlores.com

Edward A. Flores
Gregory Wilson
Karla R. Alston
Larisa Girsh
Jonathan D. Goldsmith †
Mark A. Taustine

Matthew E. Schaefer
Frank A. Melendez

*Of Counsel*
Paul Krez

Richard Montalvo
Christopher D. Acosta
Fiona McFarland
Francesca Fonzetti
Ahmed Toure
Marlon P. Rufino
Joel S. Ray
Daren P. Atkinson

*Special Counsel*
Karen S. Drotzer
N. Jeffrey Brown

†Admitted in NY & NJ

Sent via regular mail

August 4, 2025

## NOTICE OF VIRTUAL 50-H HEARING VIA ZOOM

SHANTELL McKINNIES
2050 DARBY VIEW LANE
CHARLOTTE, NC 28215

Re:    Claimant Name:    McKINNIES, SHANTELL
       Claim Number:     2025LE017370

Dear Sir / Madam:

Please take notice that, pursuant to Section 50-h of the General Municipal Law (GML), claimant(s) is/are mandated by law to appear VIA ZOOM, at the date and time specified below, to be orally examined under oath relative to the occurrence and extent of injuries for which the above claim is made:

Date of Hearing:      9/8/2025
Time of Hearing:      1:00 PM
Location of Hearing:      VIA ZOOM. An invitation with login information will be sent the day before the hearing. Please call to confirm and provide your email or cell phone contact information upon receipt of this notice.

A claimant who is represented by counsel should be accompanied by his/her attorney. If claimant is not represented by an attorney, the following instructs will still apply.

Claimant is further mandated, pursuant to Section 93(d) of the New York City Charter and Section 50-h of the GML, to present him/herself for a physical examination at a date and location to be provided under separate cover.

Please note that all infant claimants must appear. The hearing will begin promptly at the time indicated and counsel should prepare their clients prior to the time designated for the hearing.

Upon receipt of this notice, please contact us if a language



www.comptroller.nyc.gov

**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET  ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

Brad Lander
**COMPTROLLER**

015 - 365

Date:     5/13/2025
RE:      Receipt of Notice of Claim
Claim Number:  2025LE017370

SHANTELL MCKINNIES
2050 DARBY VIEW LN
CHARLOTTE NC 28215

Dear Claimant:

We acknowledge receipt of your Notice of Claim, which has been assigned the above claim number. Please refer to this claim number in any correspondence or inquiry you may have with our office.

If your claim is not resolved, most lawsuits against the City must be started within one year and 90 days from the date of the alleged incident.

The Bureau of Law & Adjustment

# Shantell McKinnies

2050 DARBY VIEW LANE
CHARLOTTE, NC 28215
TEL: (718) 855-9595, FAX: (718) 855-9494

By Hand Delivery

Corporation Counsel of the City of New York
Special Federal Litigation Division
100 Church Street
New York, NY 10007

Krez & Flores, LLP
Counselors At Law
225 Broadway, Suite 2800
New York, New York10007-3001

Re:    McKinnies v. City of New York, et al.
Claim # 2025LE017370

Dear Sir/Madam;

In response to the August 4, 2025, Notice of Virtual 50H Hearing, and demand requesting executed authorizations, pursuant to CPL§160.50, please be advised that the claimant was not actually charged to court with any crimes and as such have no records of any case or docket number from any court.

Thank you in advance for all anticipated courtesies.

Shantell McKinnies                    9/8/2025
Shantell McKinnies                    Dated

225 Broadway, Suite 2800

New York, NY 10007

Phone 212-266-0400 x 222

Fax 212-724-0011

**From:** Patrick O'keke, Esq. <polawuk@aol.com>
**Sent:** Thursday, September 11, 2025 7:44 PM
**To:** Lucas Morales <lmorales@krezflores.com>
**Cc:** mckinniessha45@icloud.com
**Subject:** Re: 50 H hearing / Shantell McKinnies / Claim # 2025LE017370

Dear Mr. Morales,

I am writing on behalf of our client, Ms. Shantell McKinnies, regarding the pre-scheduled 50-H hearing with Krez & Flores, LLP, representing the City of New York.

As you may recall, the hearing was originally scheduled for September 8, 2025, at 1:00 PM. However, your office canceled this hearing without prior notice, and we were only made aware of the cancellation on the morning of September 8, 2025. Following this cancellation, we agreed to reschedule the hearing for Friday, September 12, 2025, at 1:00 PM, with your office committing to send a confirmation email by Thursday, September 11, 2025.

As of now, 7:30 PM on September 11, 2025, we have not received any confirmation or link for the rescheduled hearing. This repeated lack of communication and unilateral cancellation is causing significant inconvenience and disruption to our client.

Please confirm by 11:00 AM tomorrow, September 12, 2025, whether the hearing will proceed as agreed. If we do not receive confirmation by this time, we will consider the hearing unilaterally canceled once again by the City of New York.

We trust you will address this matter with the urgency it deserves.

Patrick O'keke, Esq.
O'keke & Associates, PC.
801 Franklin Avenue
Brooklyn, New York 11238

Tel. 718/855-9595
Fax. 718/855-9494

From: Patrick O'keke, Esq. polawuk@aol.com
Subject: Re: 50 H hearing / Shantell McKinnies / Claim # 2025LE017370
Date: Sep 12, 2025 at 9:57:51 AM
To: Curtis Jackson cjackson@krezflores.com
Cc: mckinniessha45@icloud.com, Lucas Morales lmorales@krezflores.com

Good Morning Curtis,

I appreciate the update, I guess for now we'll wait to see if you are able to clear this up with the City. Thank you.

Patrick O'keke, Esq.
O'keke & Associates, PC.
801 Franklin Avenue
Brooklyn, New York 11238

Tel. 718/855-9595
Fax. 718/855-9494

The information contained in this email/facsimile message is legally privileged and confidential intended only for the use of the individual or entity named above if the reader of this message is not the intended recipient. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone/email and delete or return the original message to us at the above address via the U.S. Postal Service.

On Friday, September 12, 2025 at 09:33:12 AM EDT, Curtis Jackson <cjackson@krezflores.com> wrote:

Good morning Mr. O'Keke,

There is an issue on my client's end. The Comptroller's office assigned us the claim for the purpose of the 50-H hearing only. When we tried to access the NOC, we could no longer access the file.

I have emailed my contact directly at the Comptroller's office to determine what happened. I expect to receive a response by today, and I will update you by Monday regardless of their response status.

Once this access issue is resolved, we can get this back on our calendar immediately.

I sincerely apologize for the inconvenience and disruption this has caused Ms. McKinnies. Please feel free to contact me directly at 212-266-0400 if you need immediate clarification.

Curtis Jackson

Krez & Flores, LLP

The information contained in this email/facsimile message is legally privileged and confidential intended only for the use of the individual or entity named above if the reader of this message is not the intended recipient.  You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone/email and delete or return the original message to us at the above address via the U.S. Postal Service.

**Exhibit four**

 **Gmail**

**UPG Unprogrammed <upg.unprogrammed@gmail.com>**

---

## Fwd: NYSCEF Notification: Appellate Division - 2nd Dept - Civil Action - General - <COPY OF NOTICE OF APPEAL WITH PROOF OF FILING / INFORMATIONAL STATEMENT / ORDER OR JDMT APPEALED FROM> (Shantell Mckinnies v. City of New York (NYPD))

2 messages

---

**Shantell Mckinnies** <mckinniessha45@icloud.com>    Thu, Jan 15, 2026 at 2:25 PM
To: upg.unprogrammed@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Shantell Mckinnies <mckinniessha45@icloud.com>
> **Date:** June 26, 2025 at 6:38:02 PM EDT
> **To:** garyeason123@gmail.com
> **Subject: Fwd: NYSCEF Notification: Appellate Division - 2nd Dept - Civil Action - General - <COPY OF NOTICE OF APPEAL WITH PROOF OF FILING / INFORMATIONAL STATEMENT / ORDER OR JDMT APPEALED FROM> (Shantell Mckinnies v. City of New York (NYPD))**

Sent from my iPhone

Begin forwarded message:

> **From:** efile@nycourts.gov
> **Date:** June 26, 2025 at 6:36:54 PM EDT
> **To:** mckinniessha45@icloud.com
> **Subject: NYSCEF Notification: Appellate Division - 2nd Dept - Civil Action - General - <COPY OF NOTICE OF APPEAL WITH PROOF OF FILING / INFORMATIONAL STATEMENT / ORDER OR JDMT APPEALED FROM> (Shantell Mckinnies v. City of New York (NYPD))**

 # Appellate Division - 2nd Dept Notification of Filing 06/26/2025

The NYSCEF System has received documents from the filing user, shantell mckinnies , for the case listed below. Please retain this notification for your records.

**NOTE:** Upon approval by the court, you will receive an e-mail with the appellate case number, which must be entered on the appropriate Notification of Case Number form. Service of the Notification of Case Number form in hard copy is required upon all parties to this appeal. Proof of such service must be e-filed.

## Case Information

Appeal #: **Not Assigned**
Caption: **Shantell Mckinnies v. City of New York (NYPD)**

## Court of Original Instance Information

Index/Court: **56/2025 - Kings Supreme Civil**
Judge: **Inga M. O'neale**
Order Appealing From: **06/26/2025**
Notice of Appeal Date: **06/26/2025**
Order Entered Date: **01/21/2025**
Notice of Appeal Filed: **06/26/2025**
E-Filed in court of original instance: **No**

## Documents Received

| Doc # | Document | Filed Date |
|---|---|---|
| 1 | COPY OF NOTICE OF APPEAL WITH PROOF OF FILING / INFORMATIONAL STATEMENT / ORDER OR JDMT APPEALED FROM | 06/26/2025 |

## E-mail Notifications Sent

| Name | Email Address |
|---|---|
| shantell mckinnies | mckinniessha45@icloud.com |

## Filing User

**shantell mckinnies** | mckinniessha45@icloud.com | 2050 Darby View Lane, Charlotte, NC 28215

**NOTICE:** This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.

**If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.**

---

**Shantell Mckinnies** <mckinniessha45@icloud.com>                    Thu, Jan 15, 2026 at 2:25 PM
To: upg.unprogrammed@gmail.com

[Quoted text hidden]

 **Gmail**                    UPG Unprogrammed <upg.unprogrammed@gmail.com>

## Fwd: NYSCEF Alert: Appellate Division - 2nd Dept - Civil Action - General - <DOCUMENT REMOVED> (Shantell Mckinnies v. City of New York (NYPD))

1 message

**Shantell Mckinnies** <mckinniessha45@icloud.com>                    Thu, Jan 15, 2026 at 2:45 PM
To: upg.unprogrammed@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** mckinniessha45@icloud.com
> **Date:** August 11, 2025 at 4:27:29 PM EDT
> **To:** garyeason123@gmail.com
> **Subject: Fwd: NYSCEF Alert: Appellate Division - 2nd Dept - Civil Action - General - <DOCUMENT REMOVED> (Shantell Mckinnies v. City of New York (NYPD))**

Sent from my iPhone

Begin forwarded message:

> **From:** efile@nycourts.gov
> **Date:** August 11, 2025 at 3:26:58 PM EDT
> **To:** mckinniessha45@icloud.com
> **Subject: NYSCEF Alert: Appellate Division - 2nd Dept - Civil Action - General - <DOCUMENT REMOVED> (Shantell Mckinnies v. City of New York (NYPD))**

 # Appellate Division - 2nd Dept DOCUMENT REMOVED FROM CASE/DOCKET 08/11/2025

**Reason for Removing:** The Notice of Appeal does not appear to have been filed in the lower court, therefore, an Appellate Division docket# cannot be assigned. We do not have jurisdiction until a Notice of Appeal is properly filed and accepted in the lower court.

## Case Information

Appeal #: **Not Assigned**
Caption: **Shantell Mckinnies v. City of New York (NYPD)**
eFiling Status: **Waiting for Index Number**

## Documents Removed on 08/11/2025 03:26 PM

| Doc # | Document | Filed Date |
|---|---|---|
| 1 | COPY OF NOTICE OF APPEAL WITH PROOF OF FILING / INFORMATIONAL STATEMENT / ORDER OR JDMT APPEALED FROM | 06/26/2025 |

## E-mail Notifications Sent

| Name | Email Address |
|---|---|
| shantell mckinnies | mckinniessha45@icloud.com |

## Filing User

**shantell mckinnies** | mckinniessha45@icloud.com | 2050 Darby View Lane, Charlotte, NC 28215

**NOTICE:** This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.

**If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.**

SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION : SECOND DEPARTMENT


September 23, 2025



Shantell Mckinnies

2050 Darby View Ln

Charlotte, NC 28215



A file has been opened in the case of:


TITLE:   Matter of Mckinnies v City of New York
COURT:   Supreme          COUNTY:   Kings          PAPER:   Order
DATED:   06/04/2025        INDEX NO.: 56/2025


This case has been assigned the following number on the docket of this court:

2025-11590


ALL PAPERS AND CORRESPONDENCE RELATING TO THIS MATTER MUST HEREAFTER BEAR THIS CASE NUMBER.

THIS LETTER NOTIFICATION OF THE ASSIGNED DOCKET NUMBER DOES NOT RELIEVE THE APPELLANT OF THE OBLIGATION TO INITIALIZE THE APPEAL ON NYSCEF. IF THIS MATTER IS REQUIRED TO BE E-FILED ON NYSCEF, THE APPELLANT MUST TAKE ALL NECESSARY STEPS TO INITIALIZE IT ON NYSCEF IN THE APPELLATE MODULE.


Darrell M. Joseph
Clerk of the Court



## NEW YORK STATE
## COMMISSION ON JUDICIAL CONDUCT

JOSEPH W. BELLUCK, CHAIR
TAA GRAYS, VICE CHAIR
HON. FERNANDO M. CAMACHO
STEFANO CAMBARERI
BRIAN C. DOYLE
HON. JOHN A. FALK
ROBIN CHAPPELLE GOLSTON
HON. ROBERT J. MILLER
NINA M. MOORE
HON. PETER H. MOULTON
MARVIN RAY RASKIN
MEMBERS

CELIA A. ZAHNER, CLERK

61 BROADWAY, SUITE 1200
NEW YORK, NEW YORK 10006

646-386-4800    518-299-1757
TELEPHONE        FACSIMILE
www.cjc.ny.gov

## **CONFIDENTIAL**

November 21, 2025

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

MARK LEVINE
DEPUTY ADMINISTRATOR

JENNIFER L. LOWRY
MELISSA DIPALO
VICKIE MA
PAMELA TISHMAN
PRINCIPAL ATTORNEYS

ERIC ARNONE
SENIOR ATTORNEY

KELVIN S. DAVIS
STELLA E. GILLILAND
ADAM B. KAHAN
STAFF ATTORNEYS

ALAN W. FRIEDBERG
CAROL HAMM
SPECIAL COUNSEL

Shantell Mckinnies
2050 Darby View Lane
Charlotte, NC 28215

Re: File No. 2025/N-1726

Dear Ms. Mckinnies:

The New York State Commission on Judicial Conduct acknowledges receipt of your complaint dated October 5, 2025.

The Commission reviews all complaints and decides whether or not to inquire into them. We will communicate with you again after it has reviewed the matter and rendered a disposition.

For your information, we have enclosed some background material about the Commission, its jurisdiction and its limitations.

Very truly yours,

*Administrative Staff*
NYS Commission on Judicial Conduct

Enclosure



U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Brooklyn, NY 11201

Certified Mail Fee $4.85
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery $
Postage $2.87
$
Total Postage and Fees
$
Sent To *Kings County Supreme Court*
Street and Apt. No., or PO Box No. *360 Adams Street Room 189*
City, State, ZIP+4® *Brooklyn NY 11201*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Brooklyn, NY 11201

Certified Mail Fee $4.85
$                     $3.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery $
Postage $3.15
$
Total Postage and Fees
$12.10
Sent To *Appealate Div 2nd Dept (County Clerk)*
Street and Apt. No., or PO Box No. *45 Monroe Place*
City, State, ZIP+4® *Brooklyn, NY 11201*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**Exhibit five**



The City of New York
Department of Investigation

JOCELYN E. STRAUBER
COMMISSIONER

JEANENE BARRETT, ACTING INSPECTOR GENERAL
OFFICE OF THE INSPECTOR
GENERAL FOR THE NYPD
180 MAIDEN LANE, 18ᵗʰ FLOOR
NEW YORK, NY 10038
+1 212 806 5200 TEL
+1 212-806 5310 FAX

October 13ᵗʰ, 2022

Shantell McKinnies
150 Malcolm X Boulevard, Apt. 3S
Brooklyn, NY 11221

     Re:     OIG-NYPD C22-09646

Dear Ms. McKinnies,

     This is in response to your complaint dated September 30ᵗʰ, 2022. Thank you for bringing this matter to the attention of the Office of the Inspector General for the New York City Police Department (OIG-NYPD.) OIG-NYPD is authorized to investigate, review, study, audit and make recommendations relating to the operations, policies, programs and practices of the New York City Police Department (NYPD), with the goal of enhancing the effectiveness of the NYPD, increasing public safety, protecting civil liberties and civil rights, and increasing the public's confidence in the police force.

     We have reviewed your complaint and determined to not specifically investigate the matter at this time, although we will keep a record of it for information as it relates to the operation, policies, programs, and practices of the NYPD. The matter you have brought to our attention will help inform the work of the OIG-NYPD going forward.

     In the event that you wish to pursue the matter further, you may want to retain an attorney to discuss other options that may be available to you.

     Sincerely,

     Jeanene Barrett
     Acting Inspector General
     OIG-NYPD

# Exhibit six



# CIVILIAN COMPLAINT REVIEW BOARD

100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb



ERIC L. ADAMS
MAYOR

ARVA RICE
INTERIM CHAIR

**APRIL 2024**

The Honorable Edward A. Caban
Police Commissioner of the City of New York
New York City Police Department
One Police Plaza
New York, NY 10038

**Re:** Report on the Administrative Prosecution Unit First Quarter of 2024

**Dear Commissioner Caban:**

This report will address the following matters: (i) trial verdicts issued by an Assistant Deputy Commissioner of Trials ("ADCT"); (ii) the treatment of Administrative Prosecution Unit ("APU") pleas by the Police Commissioner ("PC"); (iii) the retention of cases under Provision Two of the April 2, 2012, Memorandum of Understanding ("MOU"); (iv) cases administratively closed by the Police Commissioner; (v) cases closed due to the statute of limitations ("SOL"); (vi) the size of the APU's docket; (vii) the time to serve Charges and Specifications on Respondents; and (viii) the discipline concurrence rate.

The report contains information concerning the following case closures in the first quarter of 2024: twenty-three (23) trial verdicts, thirty-eight (38) pleas, nine (9) retained cases, three (3) PC administratively closed cases, and three (3) APU administratively closed cases. Finally, it includes information regarding the discipline and concurrence rates for the quarter which stand at 77% and 47% respectively.

We hope that the Police Commissioner will increase the acceptance of already negotiated plea agreements and reduce the amount of retained cases.

Thank you for your consideration.

Sincerely,

Jonathan Darche
Executive Director

Cc:    CCRB Acting Chair Arva Rice
       Deputy Commissioner Rosemarie Maldonado
       Department Advocate Chief Paul M. Gamble

1

## IV.        POLICE COMMISSIONER ADMINISTRATIVELY CLOSED CASES

The Police Commissioner will administratively close a case when an officer resigns, retires, or is disciplined by an internal NYPD process. Such cases require no further action from the APU. In the first quarter of 2024, the Police Commissioner administratively closed three (3) cases.

| COMPLAINT | OFFICER | CCRB SUBSTANTIATED ALLEGATIONS | REASON FOR CASE CLOSURE |
|---|---|---|---|
| 201801900 Read Closing Report Here | CPT Merani Rotte | 1. Abuse of Authority - damaged Victim 1 and Victim 2's property. <br> 2. Abuse of Authority - participated in frisking individuals. <br> 3. Abuse of Authority - participated in searching individuals. <br> 4. Abuse of Authority - participated in stopping individuals. <br> 5. Abuse of Authority - seized Victim 1 and Victim 2's property. <br> 6. Abuse of Authority - entered Victim 1's commercial property. <br> 7. Abuse of Authority - searched Victim 1's commercial property. | Officer retired. |
| 201904870 Closing Report Will be Available Upon Closure of all related APU Cases | PO Minator Kryeziu | 1. Force - used physical force against the Victim. | Officer left the Police Department. |
| 201906425 Read Closing Report Here | PO Shantell Mckinnies | 1. Force - used pepper spray against the Victim. <br> 2. Force - used pepper spray against individuals. | Officer left the Police Department. |

24

# Exhibit seven

In the Kings County, New York (Court/Jurisdiction)

Plaintiff: Shantell Mckinnies ,

vs.

Case No. 1:23-cv-02567-HG-JRC

Defendant: City of New York ( NYPD),

---

# AFFIDAVIT

## (SWORN STATEMENT)

Date: __October 27,__ , 20 _23_

My legal name is **Shantell Mckinnies** ("Affiant") and acknowledge I am:

a.) Age: 43 years old
b.) Address: 2050 DARBY VIEW LN, CHARLOTTE, North Carolina, 28215
c.) Residency: North Carolina

Being duly sworn, hereby swear under oath that:

During March 24, 2022 through April 1, 2022 I left my residence at 2050 Darby View Lane in North Carolina. Upon return I noticed the back door was ajar. I contacted my home security provider CPI security for the video from that week because I was unable to view the video in the phone app. The video was also removed from the security company backup cloud according to the quality assurance officer Roy. I called 911 and the officer would only take an incident report #20220402121503. On April 15, 2022 at 0121, 0124 and 1523 all the backup SD cards were removed / reinserted. These cards would have contained the missing video in question.

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: _____ Date: _10/27/23_

(A1) 49

## NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which the certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _New York_
County of _Kings_

On _October 27_, 20_23_, before me, _Shantell Mckinnies_, personally appeared Shantell Mckinnies who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _New York_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

Print _Patrick O'Keke, Esq._

(Seal)

PATRICK I. O'KEKE
Notary Public, State of New York
No. 02OK6062213
Qualified in Kings County
Commission Expires July 30, 20_25_

Page 2

(A) 50



## CPI *inTouch*

### ACTIVITY

**THURSDAY, APR 14, 2022**

9:28 AM

⚠ **Shawny857: Backyard detected a Person at 9:28 am.**

9:27 AM

↻ **Back Door Opened/Closed** ⟩

9:26 AM

🏠 **Panel Disarmed by SHANTELL MCKINNIES** ⟩

9:25 AM

🏃 **Kitchen Motion Detector Activated** ⟩

1:21 AM

⚠ **Backyard – SD Card Inserted**

(A2) 39



(A2) 40

# CPI *inTouch*

## ACTIVITY

**FRIDAY, APR 15, 2022**

"Driveway: Video Camera-triggered (Vehicle)"

**4:17 PM**

Shawny857: Driveway detected a Vehicle at 4:17 pm.

**4:15 PM**

Garage Door Opened/Closed

**4:15 PM**

Kitchen Motion Detector Activated

**3:23 PM**

Side Cam - SD Card Recording Schedule Resumed

**3:12 PM**

(A2) 41

samuel.rawls@cmpd.org

0402-112000
2022-0421-12000

Back door - disturbed

Nextdoor
App
↓
join
↓
look @ Pets
↓
post photo of
(S) Suspicious
Person