**Exhibit eight**

In the Kings County, New York (Court/Jurisdiction)

Plaintiff: Shantell Mckinnies ,

vs.

Case No. 1:23-cv-02567-HG-JRC

Defendant: City of New York ( NYPD),

# AFFIDAVIT

## (SWORN STATEMENT)

Date: *October, 27*, 20*23*

My legal name is **Shantell Mckinnies** ("Affiant") and acknowledge I am:

a.) <u>Age</u>: 43 years old
b.) <u>Address</u>: 2050 DARBY VIEW LN, CHARLOTTE, North Carolina, 28215
c.) <u>Residency</u>: North Carolina

Being duly sworn, hereby swear under oath that:

On September 27, 2022 an unknown person(s) disarmed / armed my alarm system from inside my home. I left my residence on September 25, 2022 for New York and returned on or about September 29, 2022. I received a notification via my cell phone of the activity occurring at home. At which time I called 911 from New York and had the operator connect me to a Charlotte responding unit to check my home. Upon arrival officers found that the residence was secure and refused to generate a report.

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: _____ Date: _10/27/23_

Page 1

(A1) 45

## NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which the certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _New York_
County of _Kings_

On _October 27_, 20 _23_, before me, _Shantell Mckinnies_, personally appeared Shantell Mckinnies who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _New York_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

Print _Patrick O'Keke, CFO_.

(Seal)

PATRICK I. O'KEKE
Notary Public, State of New York
No. 02OK60..213
Qualified in Kings County
Commission Expires July 30, 20 _25_

Page 2

(A1) 46

# ACTIVITY

## TUESDAY, SEP 27, 2022

**8:00 AM**
partition1
Armed Away

**7:57 AM**
partition1 Disarmed

## SUNDAY, SEP 25, 2022

**5:06 PM**
Successful Mobile Login
(MCKINNIES2050)

**4:53 PM**
Successful Mobile Login

IMAG

No rec

DOOI

Doorb

(A2) 36

# Exhibit nine

In the Kings County, New York (Court/Jurisdiction)

Plaintiff: Shantell Mckinnies ,

vs.

Case No. 1:23-cv-02567-HG-JRC

Defendant: City of New York ( NYPD),

---

# AFFIDAVIT

## (SWORN STATEMENT)

Date: _October 27,_ , 20 _23_

My legal name is **Shantell Mckinnies** ("Affiant") and acknowledge I am:

a.) <u>Age</u>: 43 years old
b.) <u>Address</u>: 2050 DARBY VIEW LN, CHARLOTTE, North Carolina, 28215
c.) <u>Residency</u>: North Carolina

Being duly sworn, hereby swear under oath that:

On June 17, 2023 an unknown person(s) entered my home and disarmed/armed the alarm system with the correct code. On the above date said person(s) did enter and exit several times throughout the day. On June 16, 2023 I left Charlotte North Carolina via American Airlines to New Orleans and returned on June 20, 2023. Upon entering my home I was overwhelmed with a strong odor of paint and several items were out of its proper place. I immediately attempted to review the security cameras for footage and there was none. I phone ADT my current provider for a complete history of the activity for my home during the above dates. I spoke with Raven Dock who is a tech rep for ADT. She emailed me the attached results. They revealed mutable activity in my home on June 17, 2023 while I was away. I live alone and no one has access to my alarm code but myself. These events are not fanciful or coincidental.

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: _(signature)_ Date: _10/27/23_

Page 1

(AI) 43

## NOTARY ACKNOWLEDGEMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which the certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _New York_
County of _Kings_

On _October 27_, 20 _23_, before me, _Shantell Mckinnies_, personally appeared Shantell Mckinnies who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _New York_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

Print _Patrick O'Keke, Esq._

PATRICK I. O'KEKE
Notary Public, State of New York
No. 02OK6053213
Qualified in Kings County
Commission Expires July 30, 20 _25_

(Seal)

Page 2

(A1) 44

 **Gmail**                                                                  Shantell Mckinnies <shantellmck1111@gmail.com>

**Fwd: ADT**
1 message

**Shawny Mckinnies** <shawny.mckinnies@icloud.com>
To: Shantell Mckinnies <shantellmck1111@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Shawny Mckinnies <shawny.mckinnies@icloud.com>
> **Date:** June 20, 2023 at 11:53:10 AM EDT
> **To:** garyeason123@gmail.com
> **Subject: Fwd: ADT**

Sent from my iPhone

Begin forwarded message:

>> **From:** "Dock, Raven" <RavenDock@adt.com>
>> **Date:** June 20, 2023 at 11:21:46 AM EDT
>> **To:** shawny.mckinnies@icloud.com
>> **Subject: ADT**

(A3) 12

| Monitor | Opened Late | 6/17/2023 3:30:11 pm |
| Monitor | Partition 1 Disarmed by TWO HEARTS ONE LOVE ACTIVITY C TWO HEARTS ONE LOVE ACTIVITY C More Info | 6/17/2023 3:30:11 pm |
| Message | Partition 1 Entry Delay More Info | 6/17/2023 3:29:56 pm |
| Monitor | Front Right Door (Sensor 2) Opened/Closed More Info | 6/17/2023 3:28:49 pm |
| Monitor | Closed Early | 6/17/2023 3:28:34 pm |
| Monitor | Partition 1 Armed Away by TWO HEARTS ONE LOVE ACTIVITY C TWO HEARTS ONE LOVE ACTIVITY C More Info | 6/17/2023 3:28:34 pm |
| Monitor | Front Left Door (Sensor 1) Opened/Closed More Info | 6/17/2023 3:28:14 pm |
| Message | Modem Ping More Info | 6/17/2023 3:27:05 pm |
| Monitor | Front Left Door (Sensor 1) Closed More Info | 6/17/2023 3:22:23 pm |
| Monitor | Front Left Door (Sensor 1) Opened More Info | 6/17/2023 3:22:17 pm |
| Monitor | Front Left Door (Sensor 1) Opened/Closed More Info | 6/17/2023 3:16:04 pm |
| Message | Modem Ping More Info | 6/17/2023 3:12:02 pm |
| Monitor | Front Right Door (Sensor 2) Closed More Info | 6/17/2023 3:09:32 pm |
| Monitor | Front Right Door (Sensor 2) Opened More Info | 6/17/2023 3:09:29 pm |
| Monitor | Front Right Door (Sensor 2) Closed More Info | 6/17/2023 3:03:40 pm |
| Monitor | Front Left Door (Sensor 1) Closed More Info | 6/17/2023 3:03:30 pm |
| Monitor | Front Left Door (Sensor 1) Opened More Info | 6/17/2023 3:03:05 pm |
| Monitor | Front Right Door (Sensor 2) Opened More Info | 6/17/2023 2:58:01 pm |
| Monitor | Opened Late | 6/17/2023 2:57:58 pm |

(A3) (A)

| Type | Description | Timestamp |
|---|---|---|
| Message | Modem Ping More Info | 6/17/2023 4:42:25 pm |
| Monitor | Video Device "Front Camera" remote access test passed. | 6/17/2023 4:41:20 pm |
| Message | Modem Ping More Info | 6/17/2023 4:27:21 pm |
| Message | Modem Ping More Info | 6/17/2023 4:12:17 pm |
| Message | Modem Ping More Info | 6/17/2023 3:57:14 pm |
| Message | Modem Ping More Info | 6/17/2023 3:42:09 pm |
| Monitor | Front Right Door (Sensor 2) Opened/Closed More Info | 6/17/2023 3:34:57 pm |
| Message | Modem Ping More Info | 6/17/2023 3:34:34 pm |
| Monitor | Closed Early | 6/17/2023 3:32:07 pm |
| Monitor | Partition 1 Armed Away by TWO HEARTS ONE LOVE ACTIVITY C TWO HEARTS ONE LOVE ACTIVITY C More Info | 6/17/2023 3:32:07 pm |
| Monitor | Motion Detector (Sensor 4) Idle More Info | 6/17/2023 3:32:01 pm |
| Monitor | Front Right Door (Sensor 2) Opened/Closed More Info | 6/17/2023 3:31:53 pm |
| Monitor | Opened Late | 6/17/2023 3:30:11 pm |
| Monitor | Partition 1 Disarmed by TWO HEARTS ONE LOVE ACTIVITY C TWO HEARTS ONE LOVE ACTIVITY C More Info | 6/17/2023 3:30:11 pm |
| Message | Partition 1 Entry Delay More Info | 6/17/2023 3:29:56 pm |
| Monitor | Front Right Door (Sensor 2) Opened/Closed More Info | 6/17/2023 3:28:49 pm |
| Monitor | Closed Early | 6/17/2023 3:28:34 pm |
| Monitor | Partition 1 Armed Away by TWO HEARTS ONE LOVE ACTIVITY C TWO HEARTS ONE LOVE ACTIVITY C More Info | 6/17/2023 3:28:34 pm |
| Monitor | Front Left Door (Sensor 1) Opened/Closed More Info | 6/17/2023 3:28:14 pm |
| Message | Modem Ping More Info | 6/17/2023 3:27:05 pm |
| Monitor | Front Left Door (Sensor 1) Closed More Info | 6/17/2023 3:22:23 pm |

A3 (17)

| | | |
|---|---|---|
| Message | Modem Ping More Info | 6/17/2023 4:42:25 pm |
| Monitor | Video Device "Front Camera" remote access test passed. | 6/17/2023 4:41:20 pm |
| Message | Modem Ping More Info | 6/17/2023 4:27:21 pm |
| Message | Modem Ping More Info | 6/17/2023 4:12:17 pm |
| Message | Modem Ping More Info | 6/17/2023 3:57:14 pm |
| Message | Modem Ping More Info | 6/17/2023 3:42:09 pm |
| Monitor | Front Right Door (Sensor 2) Opened/Closed More Info | 6/17/2023 3:34:57 pm |
| Message | Modem Ping More Info | 6/17/2023 3:34:34 pm |
| Monitor | Closed Early | 6/17/2023 3:32:07 pm |
| Monitor | Partition 1 Armed Away by TWO HEARTS ONE LOVE ACTIVITY C TWO HEARTS ONE LOVE ACTIVITY C More Info | 6/17/2023 3:32:07 pm |
| Monitor | Motion Detector (Sensor 4) Idle More Info | 6/17/2023 3:32:01 pm |
| Monitor | Front Right Door (Sensor 2) Opened/Closed More Info | 6/17/2023 3:31:53 pm |
| Monitor | Opened Late | 6/17/2023 3:30:11 pm |
| Monitor | Partition 1 Disarmed by TWO HEARTS ONE LOVE ACTIVITY C TWO HEARTS ONE LOVE ACTIVITY C More Info | 6/17/2023 3:30:11 pm |
| Message | Partition 1 Entry Delay More Info | 6/17/2023 3:29:56 pm |
| Monitor | Front Right Door (Sensor 2) Opened/Closed More Info | 6/17/2023 3:28:49 pm |
| Monitor | Closed Early | 6/17/2023 3:28:34 pm |
| Monitor | Partition 1 Armed Away by TWO HEARTS ONE LOVE ACTIVITY C TWO HEARTS ONE LOVE ACTIVITY C More Info | 6/17/2023 3:28:34 pm |
| Monitor | Front Left Door (Sensor 1) Opened/Closed More Info | 6/17/2023 3:28:14 pm |
| Message | Modem Ping More Info | 6/17/2023 3:27:05 pm |
| Monitor | Front Left Door (Sensor 1) Closed More Info | 6/17/2023 3:22:23 pm |

### Charlotte-Mecklenburg Police Department Incident Report
#### Public Release Incident Report
#### Incident Report Data as of 06/27/2023

| Copy Status: **PUBLIC RELEASE** | Report Status: **Approved** | Complaint #: **20230623-1612-02** |
|---|---|---|

## INCIDENT

| Location Of Incident:<br>**2050  DARBY VIEW LANE    CHARLOTTE, NC** | Beat:<br>**1213** | Census Tract: | Date/Time of Report:<br>**06/23/2023 1612** |
|---|---|---|---|

| Location Description:<br>**Location of occurrence** | Location Type:<br>**Indoors** | Place Type:<br>**Private Residence  --  Residential** |
|---|---|---|

Date/Time of Incident:
(At/From)      06/17/2023 1500          to      06/23/2023 1600

| Was CSS Called? | CSS Technician: |
|---|---|

| Clearance Status:<br>**Exceptionally Cleared -- Cleared by Other Means** | Clearance Date:<br>**06/27/2023** | Case Status:<br>**Closed** |
|---|---|---|

Reporting Agency:
**Charlotte-Mecklenburg Police Department**

| Document# | Reporting Officer: | Approving Officer: |
|---|---|---|
| **2** | **K ISAACS  006055** | **B W WAHAB  001813** |

| Follow-up Section Assigned:<br>**12-HICKORY GROVE DIVISION** | Person Assigned:<br>**K  ISAACS  (006055)** |
|---|---|

## UCR CLASSIFICATION

Highest Classification:
**899 - Other Unlisted Non-Criminal**

## VICTIM PERSONS

Victim #:
**1 of 1**

Name:
 **Primary:  MCKINNIES, SHANTELL**

| Victim Type:<br>**Person/Individual (not acting as a Law Enforcement Officer)** | Is Victim Also Reporting<br>Person?    **Yes** | Victim Information<br>Withheld?    **No** |
|---|---|---|

| DOB:<br>**02/29/1980** | Age:<br>**43** | Sex:<br>**F** | Race:<br>**Black** | Ethnicity:<br>**Other/Not Listed** | Resident Status: |
|---|---|---|---|---|---|

Incapacity Types:
**None**

| Injury:<br>**No Injury or Threat** | Injury Type:<br>**None** | Medical Treatment: |
|---|---|---|

| Location Treated/Pronounced: | Treated/Pronounced By: | Date/Time: |
|---|---|---|

| Place of Employment: | School: |
|---|---|

Address:
 **Home:  2050   DARBY VIEW LANE    CHARLOTTE, NC**

Phone/Other Number:

## VICTIM BUSINESS/OTHER - NONE REPORTED

## REPORTING PERSON

Name:
 **Primary:  MCKINNIES, SHANTELL**

Address:
 **Home:  2050   DARBY VIEW LANE  CHARLOTTE, NC**

Phone/Other Number:

(A3) 18

## Charlotte-Mecklenburg Police Department Incident Report
### Public Release Incident Report
#### Incident Report Data as of 06/27/2023

| Copy Status: **PUBLIC RELEASE** | Report Status: **Approved** | Complaint #: **20230623-1612-02** |
|---|---|---|

**VICTIM/SUSPECT RELATIONSHIP - NONE REPORTED**

**PROPERTY - NONE REPORTED**

### OFFENSE CLASSIFICATION

Incident Classification (UCR):
**899 - Other Unlisted Non-Criminal**

All Offenses Involved:

| NIBRS Attempted/Completed | NC Offense Category | NIBRS Classification | Code |
|---|---|---|---|
| Completed | Miscellaneous non-criminal / Other Unlisted Non-Criminal Incident | Other Unlisted Non-Criminal | 899 |

**WEAPONS - NONE REPORTED**

**STOLEN VEHICLE - NONE REPORTED**

### NARRATIVE

Type:
**Public Release**

| Reporting Officer: | Entered Date/Time: |
|---|---|
| **K   ISAACS    006055** | **06/23/2023  1748** |

Narrative:

**On 06/23/2023, at approximately 4:12 p.m., Officers responded to the 2000 block of Darby View Ln in reference to a breaking and entering call for service.**

(A3)19

**American**

# TSA PRECHK

# BOARDING PASS
BOARDING ENDS 15 MINUTES BEFORE DEPARTURE

| PASSENGER NAME | FREQUENT FLYER # | RECORD LOCATOR |
|---|---|---|
| MCKINNIES/SHANTELL | | BXVKNR |

FROM:
CHARLOTTE, NC

TO:
NEW ORLEANS

| FLIGHT | CLASS | DATE | DEPARTS |
|---|---|---|---|
| AA1793 | N | 16JUN | 235P |

| GATE | BOARDING TIME | SEAT |
|---|---|---|
| C17 | 200P | 9A |

## GROUP 5

MAIN

0012384572439

BOARDING PASS
MCKINNIES/SHANTELL

FROM:
CHARLOTTE, NC

TO:
NEW ORLEANS

| FLIGHT | SEAT |
|---|---|
| AA1793 | 9A |

## GROUP 5  ***

| DATE | CLASS | DEPARTS |
|---|---|---|
| 16JUN | N | 235P |

---

**American**

# TSA PRECHK

# BOARDING PASS
BOARDING ENDS 15 MINUTES BEFORE DEPARTURE

| PASSENGER NAME | FREQUENT FLYER # | RECORD LOCATOR |
|---|---|---|
| MCKINNIES/SHANTELL | | BXVKNR |

FROM:
NEW ORLEANS

TO:
CHARLOTTE, NC

| FLIGHT | CLASS | DATE | DEPARTS |
|---|---|---|---|
| AA2158 | N | 19JUN | 1037A |

| GATE | BOARDING TIME | SEAT |
|---|---|---|
| B15 | 1002A | 8B |

## GROUP 5

MAIN

0012456391911

BOARDING PASS
MCKINNIES/SHANTELL

FROM:
NEW ORLEANS

TO:
CHARLOTTE, NC

| FLIGHT | SEAT |
|---|---|
| AA2158 | 8B |

## GROUP 5  ***

| DATE | CLASS | DEPARTS |
|---|---|---|
| 19JUN | N | 1037A |

(A3)20

# Exhibit ten



# Resideo Home Security

Pausing          Security          **Details**

## Device Name                    Rename  >

Resideo Home Security

## Hostname

hon-grip-aio-200-01939V2A

## IP Address

192.168.1.88

     

Home     Billing     **Services**  Upgrade  Support     More

# Exhibit eleven

## ADMINISTRATIVE GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | LAST REVISION: | PAGE: |
|---|---|---|---|
| 332-01 | 10/10/25 | R.O. 100 | 8 of 13 |

**DEFINITIONS (continued)**

MANDATED REPORTER – All uniformed and civilian supervisors, managers, and EEO Liaisons. Mandated reporters must immediately report workplace discrimination, sexual harassment, and/or retaliation to the OEEO, when they:

a.      Observe conduct of a discriminatory nature; or
b.      Observe or become aware of an allegation or complaint of employment discrimination, sexual harassment, and/or retaliation regarding EEO matters.

**NOTE**

*The member must report and shall not investigate the observed conduct, allegation, or complaint of employment discrimination, sexual harassment, and/or retaliation. In order to ensure confidentiality, supervisors, managers, and EEO Liaisons must not make any entries regarding a complaint of employment discrimination and/or related retaliation in any official Department record.*

*All complaints must be filed with the NYPD OEEO within one year from the date of the last occurrence of a discriminatory action. The one-year time period for filing complaints of employment discrimination, including related retaliation with the New York City Police Department, shall not serve as a limitation upon the Department's authority to discipline members of the service as otherwise authorized pursuant to applicable law.*

**PROCEDURE**

When a member of the service or an applicant for employment believes that employment discrimination, sexual harassment, and/or retaliation relating to EEO has occurred:

**MEMBER CONCERNED**

1.      File a complaint of employment discrimination, sexual harassment, and/or related retaliation by doing the following:
     a.      Office of Equal Employment Opportunity by telephone at ████ ████, by email at ████████████████, in writing, or in person at ████████████ ████ or
     b.      Notify a mandated reporter, uniformed or civilian, as described above.

**NOTE**

*After business hours and on weekends, the OEEO receives messages via office voice mail, and e-mail and will return phone calls on the next business day.*

*Non-supervisory members of the service may telephone the OEEO anonymously to file a complaint and/or discuss matters regarding employment discrimination and/or related retaliation. An investigator assigned to the OEEO will be able to provide guidance and take appropriate follow-up action. Members concerned should understand that the cooperation of complainants and witnesses may be needed to rectify or address a problem of employment discrimination. Non-supervisory members of the service may report an allegation(s) of employment discrimination and/or related retaliation in writing anonymously by preparing a detailed written report and forwarding the report to the Office of Equal Employment Opportunity,* ████████████████ ████ ████

## NEW • YORK • CITY • POLICE • DEPARTMENT

# Exhibit twelve

                                              **Shantell Mckinnies <shantellmck1111@gmail.com>**

## PLZZZZZZZZZZ OPEN & READ

3 messages

**Shantell Mckinnies** <shantellmck1111@gmail.com>                    Wed, Apr 26, 2023 at 12:26 AM
To: keechantl.sewell@nypd.org

Evening Commissioner,

Several members of your executive staff including retired Deputy Inspector Ariana Donovan, Lieutenant Hong Chen and Captain Kathleen Fahey(etc) have and are currently misusing department resources for personal retaliation. I understand what I am about to inform you of doesn't seem logical. Please understand that the officers behind what's happening to me are not logical people in fact they are ego driving RACIST!! Short version: I was subjected to unwarranted criminal investigations for the purpose of damaging my personnel record. I have never been GO15, questioned or disciplined on any content in my record beyond IAB log #08-04285. I settled a lawsuit in 2008 against the department in regards to that case. The arrest was retaliatory for a race related EEO complaint I made against an **" untouchable Sergeant Scargloto in 2007".** The retaliation has never stopped. Work was so unbearable that I took early retirement 02/09/2022. When your officers were unable to find anything that would interrupt my retirement they created a **"Criminal Investigation"**, so that they could continue the harassment on the department's dime. I have filed complaints with CCRB, DOI, and exchanged several emails that included pictures with the Commander of IAB but he seems only interested in covering up for the officers. There were threats made to my personal safety which caused me to leave the city. Several of your officers have traveled here to Charlotte NC to disrupt my life. They have created a history with the local police here inciting me to be a drug dealer. **Commissioner** I have never been a drug dealer or a thief. Your officers are still conducting surveillance on me even after retirement. It won't stop because these officers have submitted false evidence to the Brooklyn DA's office, Local Courts, and other police departments to obtain warrants and subpoena for their warrantless base investigations and now they have to clean it up. My home, car, and the home of my 82 year old grandmother has been broken into. Someone left a dead mouse on the sofa inside of my grandmother's home during the time I stayed with her. I sent photos to the IAB commander and he has done nothing. I filed a Federal EEOC complaint against the department and was issued a "Right to Sue". I have also filed a lawsuit in which the department has been served in Brooklyn federal court. I have made four F.O.I.L requests for the content in my IAB records and all have been denied. Commissioner I know that you want to believe in your executive staff but they are racist, corrupt and have the department money, staff and resources at their disposal. Just ask yourself if and when you are presented with this damning evidence they will present to you, why am I not arrested, Commissioner I have a couple of family members who have came home from jail in the last 10 to 12 years after serving long sentences, their crimes are over 25 years old these men are in there late 50s and early 60s. I have a half brother I barely knew who has some history but, when my father died I tried to connect all his kids August of 2021 for the purpose of us knowing each other. I grew up in Bed Stuy in the 80s. I know plenty of people who have been through the systems and trust me if any wrong doing took place your savage, racist cops would have modified , suspended or fired me. This doesn't explain the half of what is happening right under your nose. If nothing changes, having a black Mayor and Commissioner nothing will. I got your email from a friend of mine that works close with the both of you. I will not stop until I clear my name and the officers behind this take responsibility. They didn't have a legit reason to deny my firearm application so someone blocked my ssn number from being submitted. I went to 1PP for help on the first floor and no one had an explanation why my ssn would submit. I live alone and don't have a large family which makes it easy for them to do all these things. I am asking that you be objective, investigate this and trust your gut. I will send you pictures of the officers involved with dates and time of the harassment if you would like.

Shantell Mckinnies
tax 937070
516-754-6667

**Shantell Mckinnies** <shantellmck1111@gmail.com>                    Wed, Apr 26, 2023 at 12:35 AM
To: keechantl.sewell@nypd.org

Please understand these officers always attack a person's sanity or deny everything. I did not mention any witnesses name because I am not sure who will view this email

(C3)1

[Quoted text hidden]

---

**Shantell Mckinnies** <shantellmck1111@gmail.com>                    Thu, May 4, 2023 at 12:29 AM
To: keechantl.sewell@nypd.org

Dear Commissioner,
I just want you to know I left NYC hoping that I could find a sense of safety for not only me but my family.  Your officers are corrupt
and these last couple of days have gotten worse.  They have a network of people including civilians assisting them in trying to intimidate me here
and everywhere I travel to.  They come in and out of my home, go through my things just as often as I do.  The only reason I have not completely
broke is because it would kill my grandmother if something happened to me.  But, I'm not sure how much more of this I can take. Someone told
me you were a fair person so I am just asking that a stop be put to this.
[Quoted text hidden]

(C3)2

**Exhibit thirteen**

In the Kings County, New York (Court/Jurisdiction)

Plaintiff: Shantell Mckinnies ,

vs.

Case No. 1:23-cv-02567-HG-JRC

Defendant: City of New York ( NYPD),

# AFFIDAVIT

## (SWORN STATEMENT)

Date: _October 27, _, 20 23

My legal name is **Shantell Mckinnies** ("Affiant") and acknowledge I am:

a.) Age: 43 years old
b.) Address: 2050 DARBY VIEW LN, CHARLOTTE, North Carolina, 28215
c.) Residency: North Carolina

Being duly sworn, hereby swear under oath that:

On or about October 2, 2022 I left 150 Malcolm X Bvld in Brooklyn New York for Charlotte North Carolina in my private own vehicle at approximately 0530 hrs. On the above date I observed an unmarked New York City police vehicle, a black Dodge Charger bearing New York Registration #HZD-7323 follow me. At about 1225 hrs in the state of Virginia the vehicle was close enough for me to safely use my phone and snap a picture of it. Once I took the picture the vehicle sped off at a high rate of speed heading south on highway 85. The vehicle had block-out tents on every window which made seeing the occupants impossible. The iPhone is equipped at pinning the location of photos taken. (see attached picture)

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: _Shantell Mckinnies_ Date: _10/27/23_

(A1) 21

## NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which the certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _New York_
County of _Kings_

On _October 27_, 20_23_, before me, _Shantell Mckinnies_, personally appeared Shantell Mckinnies who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _New York_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

Print _Patrick O'Keke, ESQ_

PATRICK I. O'KEKE
Notary Public, State of New York
No. 02OK6082213
Qualified in Kings County
Commission Expires July 30, 2025

(Seal)

Page 2

(A1) 22




(A2) 19

**NEW YORK** STATE OF OPPORTUNITY. | **Department of Motor Vehicles**

**CERTIFICATION OF NO RECORD FOUND**
CERTIFIED DOCUMENT CENTER
6 EMPIRE STATE PLAZA
ALBANY, NY 12228

Date: 12/19/2022

## SEARCH INFORMATION PROVIDED

### NAME/DOB/ADDRESS

| Name (Last, First, Middle Initial) | Date of Birth | Client Identification Number |
|---|---|---|
| | | |

| Street Address | | |
|---|---|---|
| | | |

| City | State | Zip Code |
|---|---|---|
| | | |

### VEHICLE/VESSEL

| Vehicle Year | Vehicle Make | Model | Plate Number | Vehicle Identification Number |
|---|---|---|---|---|
| | DODGE | CHARGER | HZD7323 | |

### TICKET/SUSPENSION

| Ticket Number | Violation Date | Conviction Date | Violation |
|---|---|---|---|
| | | | |

| Suspension Order Number | Suspension Date | Suspension Type |
|---|---|---|
| | | |

**Document(s) Requested:**

- ☑ Driving Record
- ☑ Vehicle Registration
- ☐ Vehicle Ownership
- ☐ Insurance Record
- ☐ Ticket
- ☐ Conviction
- ☐ Suspension/Revocation
- ☐ Application (License, Registration or Title)

**DMV Reply or Reason No Record Found:**

- ☐ Record created only to show past activity occurring in NY state.
- ☑ There is no record related to the information that you provided.
- ☐ Record was purged, per the retention periods in the Vehicle and Traffic Law.
- ☐ There is no paperwork available because the transaction was processed online or at a kiosk.
- ☐ The vehicle was salvaged. Paperwork cannot be found.
- ☐ There are no vehicles registered or titled in the name of the person you provided.
- ☐ There are no records of tickets or suspensions/revocations in the name of the person you provided.
- ☐ The ticket/conviction you requested is not available at DMV:
  - ☐ Please contact the _____ Criminal Court.
  - ☐ It was issued by an out-of-state jurisdiction.
  - ☐ Please contact _____ at _____.
    (court name)                              (phone number)

**COMMENTS**

In compliance with your request, and using the search information above, I have caused a diligent search to be made of the records of the Department of Motor Vehicles. I certify that, to date, no record has been found of the record(s) requested.

Certified by,

*Mark JF. Ochroeder*

Commissioner of Motor Vehicles

DS-243 (2/19)

(A3) 3

**Exhibit fourteen**

In the Kings County, New York (Court/Jurisdiction)

Plaintiff: Shantell Mckinnies ,

vs.

Case No. 1:23-cv-02567-HG-JRC

Defendant: City of New York ( NYPD),

---

# AFFIDAVIT

## (SWORN STATEMENT)

Date: __October 27,__ , 20 __23__

My legal name is **Shantell Mckinnies** ("Affiant") and acknowledge I am:

a.) <u>Age</u>: 43 years old
b.) <u>Address</u>: 2050 DARBY VIEW LN, CHARLOTTE, North Carolina, 28215
c.) <u>Residency</u>: North Carolina

Being duly sworn, hereby swear under oath that:

On or about March 30, 2023 an unidentified male white operating a grey Hyundai four-door sedan bearing Texas registration #HDT-3768 did stalk and harass me. This individual did follow me from my home to the local dry cleaner and to a local BJS commercial establishment in Pineville NC. As I traveled along HWY-485 south this individual made a menacing gesture with his hand like a firearm and sped off. I believe this threat was the result of my action brought against the NYPD. (see attached)

Under penalty of perjury, I hereby declare and affirm that the above-mentioned statement is, to the best of my knowledge, true and correct.

Affiant's Signature: _____ Date: __10/27/23.__

Page 1

(AI) 41

## NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which the certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _New York_
County of _Kings_

On _October 27_, 20_23_, before me, _Shantell Mckinnies_, personally appeared Shantell Mckinnies who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _New York_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public

Print _Patrick O'Keke, Esq._

```
PATRICK I. O'KEKE
Notary Public, State of New York
No. 02OK8062213
Qualified in Kings County
Commission Expires July 30, 20 25
```

(Seal)

(A1) 42

## INCIDENT/INVESTIGATION REPORT

**Agency Name:** Pineville Police Department

**ORI:** NC0600300

**Incident Number:** 230330-0566

**Date / Time Reported:** S M T W (T) F S — Month 03 | Day 30 | Yr 2023 | Time 14:23 Hrs.

### INCIDENT DATA

**#1 Crime / Incident(s):** 90Z - Stalking — ☐ Attempt ■ Complete
**At Found:** S M T W (T) F S — Month 03 | Day 30 | Yr 2023 | Time 14:00 Hrs.
**Last Known Secure:** S M T W (T) F S — Month 03 | Day 30 | Yr 2023 | Time 12:00 Hrs.

**#2 Crime Incident:** ☐ Attempt ☐ Complete
**Location of Incident:** 11715 Carolina Place Parkway, Pineville, NC 28134
**Offense Tract:**

**#3 Crime Incident:** ☐ Attempt ☐ Complete
**Location\Premise:** 08 - Department/Discount Store
**Victim Residence Type:** ☐ Single Family ☐ Multi Family

### MO

**How Attacked or Committed:** By stalking the victim
**Method Of Entry:** ☐ Force ☐ No Force
**Weapon / Tools:**

### VICTIM

**# of Victims:** 1
**Type:** ■ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unk
**Injury:** ☐ None ☐ Minor ☐ Loss of Teeth ☐ Broken Bones ☐ Severe Lacerations ☐ Internal ☐ Unconscious ☐ Other Major
**Drug/Alcohol Use:** ☐ Yes ■ Unknown ☐ No

**V1 Victim/Business Name (Last, First, Middle):** Mckinnies, Shantell ann
**Victim of Crime #:** 1
**DOB / Age:** 09/29/1980 / 42
**Race:** B
**Sex:** F
**Relationship To Offender:**
**Resident Status:** ☐ Resident ■ Non-Resident ☐ Unknown

**Home Address:** 2050 Darbyview Ln, Charlotte, NC 28215
**Home Phone:** (516) 754-6667

**Employer Name/Address:**
**Business Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|---|---|
| 2018 | Honda | Accord | | SIL | tks9310 / NC | 1HGCV1F59JA062033 |

### OTHERS INVOLVED

**CODES:** V = Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |

**Home Address:**
**Home Phone:**

**Employer Name/Address:**
**Business Phone:**

**Type:** ☐ Person ☐ Business ☐ Society ☐ Government ☐ Financial Institute ☐ Religious ☐ L.E. Officer Line of Duty ☐ Other/Unknown

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex |
|---|---|---|---|---|---|
| | | | | | |

**Home Address:**
**Home Phone:**

**Employer Name/Address:**
**Business Phone:**

### PROPERTY

**Status Codes:** 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
(Check "OJ" column if recovered for other jurisdiction)

| Victim # | DCI | Status | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### ID

**Officer Name:** Officer K. McClure
**ID#:** PP203
**Officer Signature:**
**Supervisor Signature:**

### STATUS

**Complainant Signature:** *[signature]*

**Case Status:**
☐ Active   ☐ Inactive
☐ Closed by Arrest   ☐ Unfounded
☐ Closed by Exception   ☐ Located (Missing Person and Runaways only)
■ Closed by Other Means

**Exceptional Clearance:**
☐ Death of Offender   ☐ Juvenile/No Custody
☐ Prosecution Declined   ■ Not Applicable
☐ In Custody of Other Jurisdiction
☐ Victim Refuse to Cooperate

**Page 1 of 2**

DCI-600F

Rev. 3/92

(A3) 11



(A2) 33



(A2) 34



(A2) 35