# Exhibit fifteen





**Mail body: Shawny**

## COMPLAINTREVIEWBOARD
100 CHURCH STREET 10th FLOOR
NEW YORK, NEW YORK
10007 ♦ TELEPHONE (212) 912-7235
www.nyc.gov/ccrb

ERIC L. ADAMS                    ARVA RICE
                                 INTERIM

**IAB REF#: 202401537**

February 15, 2024

Shantell Mckinnies
2050 Darby View Lane
Charlotte, NC 28215

Dear Shantell Mckinnies:

The Civilian Complaint Review Board has a specific jurisdiction when it is investigating allegations against sworn members of the NYPD. Some allegations do not fall under the jurisdiction of the CCRB and fall under the jurisdiction of another entity, which is the case here.

As a result, we are forwarding your complaint to the **Internal Affairs Bureau**, so they can take appropriate action. Please expect to hear from someone from that organization who will be investigating your incident. They will be able to explain to you in detail how their process works. Your continued willingness to participate in this extremely important process with the **Internal Affairs Bureau** is greatly appreciated.

If you have any questions, please contact the **Internal Affairs Bureau** at **315 Hudson Street 3 Fl, New York NY 10013; telephone** (212) 741-8414. Make sure you have the reference number at the top of this page when reaching out to them.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information from citizens like you regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board is grateful for the effort you have already put forth in furthering this goal.

Sincerely,

Eshwarie Mahadeo
Director of Case Management

Sent from my iPhone

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information from citizens like you regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board is grateful for the effort you have already put forth in furthering this goal.

Sincerely,

Eshwarie Mahadeo
Director of Case Management

<NYCResources.pdf>

# Exhibit sixteen

*Feb, 10, 3pm*
*Dr. Sarah Ruth*

# AFTER VISIT SUMMARY

 **N:** **NOVANT** **HEALTH**

**Shantell A. McKinnies**  DoB: 2/29/1980
CEID: NOV-V4RM-3HKS-ZH2K

📅 1/30/2026   📍 NHMHMC Emergency Department
980-302-1215

## Instructions



**Follow up with NHMHMC Emergency Department**
Why: If symptoms worsen
Specialty: Emergency Medicine
Contact: 8201 Healthcare Loop
　　　　Charlotte North Carolina 28215
　　　　980-302-1215
When you arrive, our care team of nurses or providers will be ready to help you. Pre-registering, while not a scheduled appointment, helps us prepare for your visit, ensuring a smoother and faster evaluation process.



**Schedule an appointment with Novant Health Neurology & Headache as soon as possible for a visit**
Why: As needed
Contact: 6324 Fairview Rd
　　　　Ste ~~400~~ *330*
　　　　Charlotte North Carolina 28210-4278
　　　　980-302-8626

## Today's Visit

You were seen by Clayton Long, MD

**Reason for Visit**
Visual Changes

**Diagnosis**
Transient neurological symptoms

### 🧪 Lab Tests Completed
　Basic Metabolic Panel
　CBC And Differential
　Mint Green-Top Tube (PST Gel/Li Hep)
　POCT Glucose
　PTT
　Protime-INR
　Sedimentation Rate, Automated
　hCG, Urine, Qualitative

### 📖 Imaging Tests
　CT Code Stroke Head Neck Angio
　CT Code Stroke Head WO Contrast
　ECG 12 lead
　MRI Head WO W Contrast

## Today's Visit (continued)

### ⊞ Done Today
Consult to Tele-Stroke (EMERGENT)
Immediately notify/call Stroke Team / Code Stroke /  Rapid Response Team
Notify  ED / Attending provider STAT
Notify CT STAT
Notify physician after brain CT to determine blood pressure management and parameters
Perform NIH Stroke Screening
Perform dysphagia screen
Pulse Oximetry Spot Check
Record date and time when patient last known well
Record the date and time of symptom recognition

### ⊗ Medications Given
gadobutrol (GADAVIST) Last given at 1:55 PM
iopamidol (ISOVUE-370) Last given at 11:48 AM

## What's Next
You currently have no upcoming appointments scheduled.

## You are allergic to the following
No active allergies

## Elevated Blood Pressure
It was noted during your visit today that your blood pressure was elevated.
Please follow up with your PCP or referral physician regarding to this issue.

Your last recorded blood pressure: **143/61**

## Your Medication List
You have not been prescribed any medications.

## MyChart Sign-Up
Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://www.novantmychart.org/MyChart/**, click "Sign Up Now", and enter your personal activation code: **3ST9H-C8JD4-FG9QX**. Activation code expires 3/16/2026.

**All medications must be taken as prescribed. Contact your provider before stopping medications.**

# Exhibit seventeen

View recent photos.png



# Exhibit eighteen



@ infinity Live
Charlotte, NC

3/6/26, 5:57 PM                                        View recent photos.png



@ Backstage Lounge
Woodmere, NY