**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shantell Mckinnies,<br><br>                **Plaintiff,**<br><br>     **-against-**<br><br>City of New York et al,<br><br>            **Defendants.** | **1:25-cv-07968 (JHR) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

In light of Plaintiff's newly filed First Amended Complaint, dated March 8, 2026 (ECF No. 72), the City's Motion to Dismiss, dated March 5, 2026 (ECF No. 68), is deemed moot. The Clerk of Court is respectfully requested to close the Motion.

**SO ORDERED.**

Dated:      New York, New York
            March 10, 2026

_____
STEWART D. AARON
United States Magistrate Judge