**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Shantell Mckinnies,

Plaintiff,

-against-

City of New York et al,

Defendants.

1:25-cv-07968 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff's motion, filed on May 4, 2026 (ECF No. 86), to conduct discovery prior to responding to Defendants' pending motion to dismiss is DENIED. The Court intends to make its recommendation regarding the pending motion, accepting Plaintiff's Amended Complaint allegations as true, s*ee City of Providence v. Bats Glob. Mkts., Inc.*, 878 F.3d 36, 48 (2d Cir. 2017), and pursuant to the standards under Rule 12(b)(6) of the Federal Rules of Civil Procedure. *See In re Synchrony Fin. Secs. Litig.*, 988 F.3d 157, 171 (2d Cir. 2021) ("[A]t the motion to dismiss stage, courts may consider any written instrument attached to the complaint, statements or documents incorporated into the complaint by reference, legally required public disclosure documents, and documents possessed by or known to the plaintiff and upon which it relied in bringing the suit." (internal quotation omitted)). In opposing the pending motion, Plaintiff may raise any of the points raised in her motion or her reply.

Plaintiff's past-due opposition to Defendants' motion to dismiss (ECF No. 80) shall be filed no later than Wednesday, May 27, 2026.

**SO ORDERED.**

Dated: New York, New York
   May 13, 2026

_____
STEWART D. AARON
United States Magistrate Judge